*Revised AO 45 (WDNC-03/07)*

| NEW CRIMINAL CASE COVER SHEET | U. S. DISTRICT COURT |
|---|---|

*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:** ( ) Yes ( x ) No **DOCKET NUMBER:** _____
*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : Jorge Luis Cano Moreno

**COUNTY OF OFFENSE** : Henderson

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* : _____
*Search Warrant Case Number* : _____
*Miscellaneous Case Number* : _____
*Rule 20b* : _____

**SERVICE OF PROCESS** - ___*Warrant*___

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ☐ Petty ☐ Misdemeanor [x] Felony

**JUVENILE** : ☐ Yes [x] No

**ASSISTANT U. S. ATTORNEY** : Kenny Smith

**VICTIM / WITNESS COORDINATORS** :

**INTERPRETER NEEDED** : _____
**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**