IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 1:11 CR 00005 |
| | ) | |
| JORGE LUIS CANO MORENO, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

    NOW COMES, undersigned counsel, who states that he will be making a general appearance as counsel for the Defendant, JORGE LUIS CANO MORENO, in the above-captioned matter.

    THIS, the 24th day of January, 2011.


                      /s/Jack W. Stewart
                      JACK W. STEWART
                      Attorney for the Defendant
                      Post Office Box 1920
                      Asheville, North Carolina 28802
                      (828) 253-5673


CERTIFICATE OF SERVICE

    This is to certify that the undersigned has this date served the foregoing pleading upon all other parties electronic transmission:

    Assistant U.S. Attorney Kenny M. Smith
    kenny.smith@usdoj.gov

    THIS, the 24th day of January, 2011.


                      /s/ Jack W. Stewart
                      JACK W. STEWART