FILED
ASHEVILLE, N.C.

JAN 27 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:11cr5 |
| JORGE LUIS CANO MORENO | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JORGE LUIS CANO MORENO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

ILLEGAL REENTRY BY AN AGGRAVATED FELON

U.S. MARSHALS SERVICE
JAN 20 2011
WESTERN NORTH CAROLINA

Date: 1/20/11

*E. Barton*
Issuing officer's signature

City and state: Asheville, North Carolina

*E. Barton, Deputy Clerk*
Printed name and title

### Return

This warrant was received on *(date)* 21 JAN 2011, and the person was arrested on *(date)* 21 JAN 2011
at *(city and state)* ASHEVILLE NC.

Date: 21 JAN 2011

Arresting officer's signature

CHRISTINE DABLEWSKI, D.O.
Printed name and title