IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 1:11 CR 00005 |
| | ) | |
| JORGE LUIS CANO MORENO, | ) | |
| Defendant. | ) | |

___

## MOTION TO CONTINUE

      NOW COMES the Defendant, JORGE LUIS CANO MORENO, by and through his undersigned counsel of record, JACK W. STEWART, who respectfully moves this Court, pursuant to Rule 47 of the Federal Rules of Criminal Procedure, to continue the above-captioned matter from the term of United States District Court for the Western District of North Carolina, convening in Asheville, North Carolina on the 28th day of February, 2011 at 9:30 a.m., for the following reasons:

1. That undersigned counsel filed a Notice of Appearance on behalf of the Defendant on January 24, 2011.

2. That undersigned counsel appeared on behalf of the Defendant on Monday, January 24, 2011 for the arraignment and detention hearing.

3. That undersigned counsel has been involved in a First Degree Murder trial in Jackson County Criminal Superior Court for the past two weeks, case styled <u>State of North Carolina v. James Keaton Picklesimer</u>; Docket No.: 07 CRS 051506.

4. That undersigned counsel has received the Plea Agreement and discovery documents but has not had an opportunity to meet with his client and review these documents.

5. That this Motion for Continuance is filed in good faith on behalf of Jorge Luis Cano Moreno and will, in no way, serve to prejudice the case of either party nor will it work a hardship on the respective parties to this action; further, that such continuance is submitted in the best interests of justice and all parties involved.

6. That Defendant has been in communication with the U.S. Attorney's Office prior to the filing of this Motion who does not oppose a continuance of this action.

WHEREFORE, the Defendant prays that this matter be continued from the February 28, 2011 trial term of this Court.

THIS the 16th day of February, 2011.

                                                          s/Jack W. Stewart
                                                    JACK W. STEWART
                                                    State Bar #: 10053
                                                    Attorney for the Defendant
                                                    Post Office Box 1920
                                                    Asheville, NC 28802
                                                    Telephone: 828-253-5673
                                                    Facsimile: 828-253-7100
                                                    jack@jackstewartlaw.com

## CERTIFICATE OF SERVICE

THIS is to certify that the undersigned has this date served the foregoing Motion to Continue by transmitting an e-mail copy addressed to:

Assistant United States Attorney Kenny M. Smith
kenny.smith@usdoj.gov

THIS the 16th day of February, 2011.

                                                        s/Jack W. Stewart
                                                    JACK W. STEWART
                                                    Attorney for the Defendant